IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW KATRINECZ and DAVID BYRD, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO: 1:12-CV-00235-LY |
| MOTOROLA MOBILITY LLC, | § § | |
| Defendant. | | |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL AND CHANGE OF ATTORNEY
IN CHARGE FOR DEFENDANT MOTOROLA MOBILITY LLC**

Defendant Motorola Mobility LLC ("MMLLC") files this Motion to Withdraw Counsel and Change of Attorney In Charge pursuant to Local Rule AT-3, and states:

1. Merritt D. Westcott was designated as Attorney In Charge for MMLC.

2. Ms. Westcott is no longer representing MMLLC in this matter.

In view of the foregoing, MMLLC respectfully requests that this Court remove Merritt D. Westcott from this matter, including removing her from the ECF email notification system, and assign the Attorney In Charge designation to Andrew R. Sommer, also of the firm Winston & Strawn LLP. Mr. Sommer's Motion for Admission *Pro Hac Vice* was granted on April 19, 2013 (Dkt. No. 25). His office address, telephone, and fax numbers are as follows:

Andrew R. Sommer
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: asommer@winston.com

Defendant Motorola Mobility LLC has conferred with counsel for Plaintiffs Andrew Katrinecz and David Byrd ("Plaintiffs"), and Plaintiffs do not oppose.

Dated:  May 6, 2013                      Respectfully submitted,

                    By:    */s/ Kevin A. Keeling*
                          Kevin A. Keeling
                          Texas Bar No. 24060075
                          Email: kkeeling@winston.com
                          Phillip D. Price
                          Texas Bar No. 24060442
                          Email: pprice@winston.com
                          WINSTON & STRAWN LLP
                          1111 Louisiana, 25th Floor
                          Houston, Texas 77002
                          Telephone: (713) 651-2600
                          Facsimile: (713) 651-2700

                          Andrew R. Sommer
                          Virginia Bar No. 70304
                          Email: asommer@winston.com
                          WINSTON & STRAWN LLP
                          1700 K Street N.W.
                          Washington, D.C. 20006-3817
                          Telephone: (202) 282-5000
                          Facsimile: (202) 282-5100

                          **ATTORNEYS FOR DEFENDANT**
                          **MOTOROLA MOBILITY LLC**

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant has conferred with Counsel for Plaintiffs regarding the Motion to Withdraw Counsel and Change of Attorney In Charge for Defendant Motorola Mobility LLC, and Plaintiffs do not oppose the relief requested therein.

*s/ Phillip D. Price*
Phillip D. Price

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2013, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system per Local Rule CV-5(b)(1), which will send notification of such filing to:

| | |
|---|---|
| Eric B. Meyertons | David E. Dunham |
| Ryan Tyler Beard | Isabelle Maria Antongiorgi |
| Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C. | Taylor Dunham, LLP |
| 1120 S. Capital of Texas Hwy | 301 Congress Ave., Suite 1050 |
| Building 2, Suite 300 | Austin, TX 78701 |
| Austin, TX 78746 | |

/*s/ Kevin A. Keeling*
Kevin A. Keeling