**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ANDREW KATRINECZ and DAVID BYRD, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO: 1:12-CV-00235-LY |
| MOTOROLA MOBILITY LLC, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is Motorola Mobility LLC's Unopposed Motion to Withdraw Counsel and Change of Attorney In Charge (hereinafter "Motion"). Having reviewed the Motion, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Merritt D. Westcott is withdrawn as counsel for Defendant Motorola Mobility LLC and substituted with Andrew R. Sommer as Attorney In Charge.

SIGNED THIS _____ DAY OF _____, 2013.

_____
PRESIDING JUDGE