IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW KATRINECZ AND DAVID BYRD | § § § | |
| Plaintiffs | § § | CASE NO. 1:12-CV-235—LY |
| vs. | § § | **JURY TRIAL DEMANDED** |
| MOTOROLA MOBILITY LLC | § § § | |
| Defendant | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE LEE YEAKEL:

Pursuant to Local Rule AT-3, Defendant Motorola Mobility LLC ("Defendant") requests that Kevin Alan Keeling ("Keeling") be permitted to withdraw as counsel of record.

1. At the inception of this case, Keeling made an appearance as counsel for Defendant. At that time, Keeling was a Partner in the law firm of Winston & Strawn LLP ("W&S"). Defendant is also represented by Andrew Sommer, David Enzminger, Kurt Mathas, Floyd Nation, Jonathan Retsky, Phillip Price, Stephen Wurth and James Winn—all with W&S. In addition, Defendant is currently represented by Steve McConnico, Steven J. Wingard and Paige Arnette Amstutz with the law firm of Scott, Douglass & McConnico, LLP ("SD&M").

2. Keeling recently departed the practice of law at W&S. Therefore, Defendant seeks permission for Keeling to withdraw as counsel in this case. If Keeling is permitted to withdraw, the Defendant will continue to be represented by its remaining lawyers at W&S and SD&M. For these reasons, good cause exists for Keeling's withdrawal of representation.

3. Plaintiffs do not oppose the requested relief.

1137498

WHEREFORE, PREMISES CONSIDERED, Defendant Motorola Mobility LLC respectfully requests that this Court enter an order permitting Kevin Alan Keeling to withdraw from this cause for all purposes, and granting all other relief to which it is entitled.

DATED: September 22, 2014

                                      Respectfully submitted,

                                      SCOTT, DOUGLASS & MCCONNICO, L.L.P.
                                      600 Congress Avenue, Suite 1500
                                      Austin, TX  78701
                                      (512) 495-6300—Telephone
                                      (512) 474-0731—Facsimile

By: _/s/ Paige A. Amstutz_
                                      Stephen E. McConnico
                                      State Bar No. 13450300
                                      smcconnico@scottdoug.com
                                      Steven J. Wingard
                                      State Bar No. 00788694
                                      swingard@scottdoug.com
                                      Paige Arnette Amstutz
                                      State Bar No. 00796136
                                      pamstutz@scottdoug.com

                                      ATTORNEYS FOR DEFENDANT
                                      MOTOROLA MOBILITY LLC

## CERTIFICATE OF SERVICE

       I hereby certify that, on September 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David E. Dunham
Cabrach J. Connor
Jennifer Tatum Lee
Sergio R. Davila
Isabelle Marie Antongiorgi
TAYLOR, DUNHAM & RODRIGUEZ LLP
301 Congress Avenue, Suite 1050
Austin, TX  78701

Ryan Tyler Beard
Eric B. Meyertons
Willem G. Schuurman
MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Highway
Building 2, Suite 300
Austin, TX  78746

Andrew R. Sommer
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006-3817

David Enzminger
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071-1543

Kurt Mathas
Jonathan E. Retsky
James Winn
Stephen Wurth
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

Floyd R. Nation
Phillip D. Price
Kevin Alan Keeling
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002

/s/ Paige A. Amstutz
Paige Arnette Amstutz

1137498